UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LESHAWN YOUNG, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

    Plaintiffs,

    v.

HARDING UNIVERSITY INC.,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:23-cv-10201

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), LESHAWN YOUNG, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, HARDING UNIVERSITY INC., with prejudice and without fees and costs.

Dated: New York, New York
       March 26, 2024

                                          **GOTTLIEB & ASSOCIATES PLLC**

                                          */s/Michael A. LaBollita, Esq.*

                                          Michael A. LaBollita, Esq., (ML-9985)
                                          150 East 18th Street, Suite PHR
                                          New York, NY 10003
                                          Phone: (212) 228-9795
                                          Fax: (212) 982-6284
                                          Michael@Gottlieb.legal

                                          *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge